UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| WYLETTA LEOPOLD | CIVIL ACTION |
| VERSUS | NO. 22-110-JWD-SDJ |
| EAST BATON ROUGE PARISH<br>SCHOOL BOARD | |

### RULING AND ORDER

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 15, 2025 (Doc. 50), to which no objection was filed;

**IT IS ORDERED** that Motion to Reimburse (Doc. 46) filed by pro se Plaintiff Wyletta Leopold on January 17, 2025, is **DENIED.**

Signed in Baton Rouge, Louisiana, on June 5, 2025.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA